Brian P. Dolin - 182971
**JACOBSEN McELROY BOOTH & DOLIN PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax      (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION


Thomas Morgan - 309237
**Ayala, Morgan & Buzzard**
729 1st St., Suite D
Brentwood CA 94513
Tel: (866) 465-2999
Fax: (925) 289-8846
litigation@amb.law

Attorneys for Plaintiff FLORENCE GIOLLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE GIOLLI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01473-DJC-JDP<br><br>*ACTION FILED: 11/22/22*<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE AND ORDER** |

**JOINT STIPULATION**

　　IT IS STIPULATED by and between the parties to this action through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in consideration of a negotiated settlement executed by them that this action may be dismissed with prejudice in its entirety with each party to bear their own attorneys' fees and costs.  This stipulation is made as the matter has

been resolved to the satisfaction of all parties.

**IT IS SO STIPULATED**.

DATED: August 26, 2025         **Respectfully submitted,**

By: */s/ Brian P. Dolin*
Brian P. Dolin - 182971
**JACOBSEN McELROY BOOTH & DOLIN PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.   (916) 971-4100
Fax    (916) 971-4150
bdolin@jacobsenmcelroy.com
Attorneys for COSTCO WHOLESALE CORPORATION

DATED: August 26, 2025

By: _____
Thomas Morgan - 309237
**AYALA, MORGAN & BUZZARD**
729 1ST Street, Suite D
Brentwood, CA  94513
Tel.   (866) 465-2999
Fax    (925) 289-8846
litigation@amb.law
Attorneys for FLORENCE GIOLLI

## ORDER

Pursuant to the Joint Stipulation for Dismissal of Entire Case with Prejudice and FRCP 41(a)(1)(A)(ii) this case is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  August 28, 2025

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE